PD-1462-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/9/2015 2:48:05 PM
Accepted 11/12/2015 1:21:20 PM
ABEL ACOSTA
CLERK

NO. PD-_____-15

| | | |
|---|---|---|
| **JOHN COLEMAN** | § | **IN THE** |
| | § | |
| **VS.** | § | **COURT OF CRIMINAL** |
| | § | |
| **STATE OF TEXAS** | § | **APPEALS** |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUSTICES OF SAID COURT:**

Now comes John Coleman, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file petition for discretionary review and for good cause shows the following:

1.     This case is on appeal from the 226th District Court of Bexar County, Texas.

2.     The case below was styled the <u>State of Texas vs. John Coleman</u>, and numbered 2013-CR-10029.

3.     The Fourth Court of Appeals issued an opinion on October 7, 2015 in the case of John Coleman v. State of Texas, numbered 04-15-00083-CR, denying relief.

4.     Appellant was placed on deferred adjudication probation for possession of a controlled substance penalty group 1, less than 1 gram.

5.     Appellant was assessed a term of three years deferred adjudication probation and a fine of $1,500.00 on December 1, 2014.

6.     The Fourth Court of Appeals' opinion was issued on October 7, 2015.

7.     The Petition for Discretionary Review is currently due on November 9, 2015.

8.     Appellant requests an extension of time of 45 days from the present date, i.e. November 9, 2015.

10.     Appellant John Coleman is currently out on bond.

**MOTION TO EXTEND TIME TO FILE PETITION**
**FOR DISCRETIONARY REVIEW – Pg. 1**

FILED IN
COURT OF CRIMINAL APPEALS

November 12, 2015

ABEL ACOSTA, CLERK

11.    Counsel relies on the following facts as good cause for the requested extension:

Appellant's counsel had twins born on October 5, 2015. Due to the illness of one of the babies, counsel, counsel's wife, and the children remained in the hospital until October 11, 2015. The Court of Appeals opinion was issued while Counsel was at the hospital. Counsel does not receive electronic notification when an opinion is issued from the Fourth Court of Appeals. If counsel doesn't check the court's website, notice comes via the opinion being sent to counsel through the U.S. Mail. Due to the birth of counsel's children, counsel was out of the office until the first week of November and did not realize the Court had issue and opinion in this case. Counsel will not being filing a Petition for Discretionary Review. However, Counsel wishes to give Mr. Coleman the ability to file his own Petition, or for him to retain counsel to file a Petition on his behalf.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Petition for Discretionary Review, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

Law Office of Justin A. Fischer
8000 IH-10W, Ste. 1500
San Antonio, Texas 78230
Tel: (210) 341-4070
Fax: (210) 341-4459

By:/s/ Justin A. Fischer_____
    Justin A. Fischer
    State Bar No. 24065233
    Attorney for John Coleman

**MOTION TO EXTEND TIME TO FILE PETITION
FOR DISCRETIONARY REVIEW – Pg. 2**

## CERTIFICATE OF SERVICE

This is to certify that on November 9, 2015; a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Bexar County, 300 Dolorosa, San Antonio, Bexar County, Texas, by efiling eserve.

/s/ Justin A. Fischer
Justin A. Fischer

**MOTION TO EXTEND TIME TO FILE PETITION**
**FOR DISCRETIONARY REVIEW – Pg. 3**